UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Gerson Esau ESCOBAR-Rodriguez,<br><br>　　　　Defendant. | Magistrate Docket No. 18MJ23052<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1325 Illegal Entry (misdemeanor)<br><br>FILED<br>DEC 05 2018<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY　　　　　　　　DEPUTY |

The undersigned complainant being, duly sworn, states:

That on or about December 4, 2018, within the Southern District of California, defendant, Gerson Esau ESCOBAR-Rodriguez, an alien, did knowingly elude examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325(a)(2).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

　　　　　　　　　　　　　　　　SIGNATURE OF COMPLAINANT
　　　　　　　　　　　　　　　　Edward R. Bugarin
　　　　　　　　　　　　　　　　Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS  5th  DAY OF December, 2018.

　　　　　　　　　　　　　　　　BARBARA LYNN MAJOR
　　　　　　　　　　　　　　　　United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
 **Gerson Esau ESCOBAR-Rodriguez**

### PROBABLE CAUSE STATEMENT

On December 4, 2018, Border Patrol Agent R. Contreras was performing assigned duties in the Imperial Beach Border Patrol Station's area of responsibility. At approximately 9:15 PM, Border Patrol Agent A. Martinez, who was operating an infrared scope, saw eight individuals climbing over the United States/Mexico International Boundary fence in an area known to Border Patrol Agents as "Goat's Canyon." Agent Contreras responded to the location and was directed by Agent Martinez to the groups location, where Agent Contreras encountered eight subjects. This area is approximately four miles west of the San Ysidro, California Port of Entry and approximately fifteen yards north of the United States/Mexico International Boundary. Agent Contreras identified himself as a Border Patrol Agent and conducted an immigration inspection. All seven individuals, including one later identified as the defendant, Gerson Esau ESCOBAR-Rodriguez, stated that they were citizens of countries other that the United States. ESCOBAR, stated that he was a citizen of Honduras without immigration documents that would allow him to enter or remain in the United States legally. At approximately 9:20 PM, Agent Contreras placed all subjects, including ESCOBAR, under arrest.

Record checks revealed that the defendant was most recently removed or deported from the United States on August 16, 2013.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Honduras illegally present in the United States. The defendant stated that he illegally entered the United States on December 4, 2018.