# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER 16mj23052 |
| vs | ) | ABSTRACT OF ORDER |
| Gerson Isav Isidoar-Rodriguez | ) | Booking No. 81457296 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 12/12/16
the Court entered the following order:

__X__ Defendant be released from custody. on 12/13/16 by 9:00am

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

__X__ Defendant released on $ 500 P/S _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

__X__ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. Defendant to be released to Pretrial Services on 12/13/16 by 9am Boris Ilic (619)557-6932 or Alex Sandoval (619)446-3749

RECEIVED U.S. MARSHALS-S/CA 2016 DEC 12 AM 9:04

**JILL L. BURKHARDT**
UNITED STATES DISTRICT/MAGISTRATE JUDGE
OR
_____ Clerk

Received _____
  DUSM

JOHN MORRILL
by

Deputy Clerk

Crim-9 (Rev. 8-11)                          ☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY